UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GEOFF MILLER,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 1:24-CV-00105-RP |
| GENERAL MOTORS, LLC,<br>*Defendant* | §<br>§<br>§ | |

### ORDER

Plaintiff Geoff Miller filed this action against Defendant General Motors, LLC on January 20, 2024. Dkt. 1. By Text Order issued April 1, 2024, this Court granted Defendant an extension of time to file its Answer. Defendant did not file its Answer by the May 29, 2024 deadline.

When a party fails to timely plead or defend, it may be held in default. FED. R. CIV. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. Tex. Loc. R. CV-55. Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendants or (b) file a status report on or before **June 27, 2024**.

**SIGNED** on June 13, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE